**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 57 EM 2019
                                           :
             Respondent        :
                                           :
                                         :
            v.                         :
                                         :
                                         :
RONALD WALKER,                  :
                                         :
            Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of August, 2019, the Petition for Extraordinary Relief is DENIED.